# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RUI TONG, et al.,** | : | CIVIL ACTION |
| *Plaintiffs,* | : | |
| v. | : | NO. 17-1073 |
| | : | |
| **HENDERSON KITCHEN, INC., et al.,** | : | |
| *Defendants.* | : | |

## VERDICT

AND NOW, this 19th day of **February 2020**, following a bench trial on October 28 and 29, 2019, for the reasons stated in this Court's Memorandum dated February 19th, 2020, this Court finds as follows:

In favor of Defendants Henderson Kitchen, Inc., Yeng-Lung Kuo, and Gary Kuo and against Plaintiff Ya-Tang Chi.

In favor of Plaintiff Rui Tong and against Defendants Henderson Kitchen, Inc., Yeng-Lung Kuo, and Gary Kuo in the sum of $21,908.28.

In favor of Plaintiff Junyi Xie and against Defendants Henderson Kitchen, Inc., Yeng-Lung Kuo, and Gary Kuo in the sum of $747.66.

In favor of Plaintiff Weijan Tang and against Defendants Henderson Kitchen, Inc., Yeng-Lung Kuo, and Gary Kuo in the sum of $7,007.92.

In favor of Plaintiff Kun Yang and against Defendants Henderson Kitchen, Inc., Yeng-Lung Kuo, and Gary Kuo in the sum of $12,138.72.

In favor of Plaintiff Chuan Geng and against Defendants Henderson Kitchen, Inc., Yeng-Lung Kuo, and Gary Kuo in the sum of $18,088.80.

**BY THE COURT:**

DATED: 2-19-2020

_____
**CHAD F. KENNEY, JUDGE**