IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RUI TONG, et al.,** | : | CIVIL ACTION |
| | : | |
| *Plaintiffs,* | : | |
| v. | : | NO. 17-1073 |
| | : | |
| **HENDERSON KITCHEN, INC., et al.,** | : | |
| | : | |
| *Defendants.* | : | |

## ORDER

AND NOW, this **1st** day of **September 2020**, upon consideration of Plaintiffs' Motion for Attorney's Fees (ECF No. 129), Defendants' Response in Opposition (ECF No. 130), and Plaintiffs' Reply (ECF No. 131), it is hereby **ORDERED** that Plaintiffs' Motion for Attorney's Fees (ECF No. 129) is hereby **DENIED**. To the extent Plaintiffs' Motion for Attorney's Fees is considered a motion for extension of time to file a motion for attorney's fees, it is further **ORDERED** that Plaintiffs' Motion for Extension of Time to File a Motion for Attorney's Fees (ECF No. 129) is **DENIED**.

**BY THE COURT**:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, J.**