# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RUI TONG, et al.,** | : | **CIVIL ACTION** |
| *Plaintiffs,* | : | |
| v. | : | **NO. 17-1073** |
| **HENDERSON KITCHEN, INC., et al.,** | : | |
| *Defendants.* | : | |

## ORDER

AND NOW, this **22nd** day of **December 2020**, upon consideration of Defendants' Motion for Review of the Clerk's Denial of Taxable Costs to Defendants (ECF No. 135), it is hereby **ORDERED** that Defendants' Motion for Review of the Clerk's Denial of Taxable Costs to Defendants (ECF No. 135) is **DENIED**.

**BY THE COURT**:

/s/ Chad F. Kenney

**CHAD F. KENNEY, J.**